The Queens Borough Corporation, Respondent, v. The City of New York, Appellant.— Judgment affirmed on argument, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frederick G. Randall, Respondent, v. The City of New York, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frederick G. Randall, Respondent, v. The City of New York, Appellant.— Judgment affirmed on argument, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie Slater, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Robert Spitzer, Appellant, v. Clark D. Rhinehart and Others, Respondents.— Order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Anna Amelia Stevhens, Respondent, v. Adam Kisielewski and Julian Schevits, Appellants, Impleaded with Welz & Zerweck and Others, Defendants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Louis M. Taylor, Respondent, v. Dora Gilbert, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Michele Tedesco, Respondent, v. Stanislas Colangelo, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Simon Thaler, Respondent, v. Louisa Socias, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Simon Thaler, Respondent, v. Louisa Socias and Barbara Socias, Appellants.— Appeal dismissed, without costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Sarah H. Barnes and Others, Respondents, v. Midland Railroad Terminal Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Max Cohen, Appellant, v. Max Steckler and Others, Respondents.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Deraismes Engine Company No. 1, Respondent, v. The City of New York, Appellant. Deraismes Hose Company No. 1, Respondent, v. The City of New York, Appellant.— Motions denied, with ten dollars costs in one case. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title to Conover Street, etc.— Report of referee confirmed. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Proving the Last Will and Testament of Hester Hunt, Deceased.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Franklin B. Lord, Jr., and Others, as Executors, etc., Appellants, v. The Equitable Life Assurance Society of the United States, Impleaded with Others,